UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

       - v. -

RAFAEL LEON,

            Defendant.

- - - - - - - - - - - - - - - - - -x

: INDICTMENT

: 07 Cr.

**07 CRIM. 436**

## COUNT ONE

The Grand Jury charges:

1. From in or about January 2003, through in or about March 2005, in the Southern District of New York and elsewhere, RAFAEL LEON, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to his own use and the use of another, vouchers, money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development ("HUD"), and did receive, conceal, and retain the same with intent to convert it to his own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, LEON received federal housing assistance payments, to which he was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

JUDGE PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RAFAEL LEON,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*

Foreperson.

5-17-07  Filed Indictment Case assigned to Judge Patterson

Pitman
U.S.M.J