UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

        -v.-                     :

RAFAEL LEON,                       :     07 Cr. 436

        Defendant.              :

- - - - - - - - - - - - - - - - - x

        Upon the application of the United States of America, by and through Assistant United States Attorney Chi T. Steve Kwok, it is found that the Government has requested an exclusion of time under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), from May 18, 2007 to May 22, 2007, the date for the initial pre-trial conference, in order to allow counsel for the defendant to receive and review discovery produced by the Government and for the parties to continue their discussions regarding a possible disposition of this matter;

        It is further found that the defendant, by and through his attorney, has consented to the Government's request for an exclusion of time;

        It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial;

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/18/07

Therefore, it is ORDERED that the request for an exclusion of time under the Speedy Trial Act from the date of this Order to May 22, 2007, is hereby GRANTED pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

Dated:  New York, New York
        May 18, 2007

*[signature]*
THE HONORABLE ROBERT P. PATTERSON
UNITED STATES DISTRICT JUDGE