# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

RECEIVED
MAY 23 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

May 23, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/07

By Facsimile

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Rafael Leon**
    **07 Cr. 436**

**MEMO ENDORSED**

Dear Judge Patterson:

With the government's consent, I write on behalf of my client, Rafael Leon, to request a temporary modification of his bail conditions. Specifically, I ask that Mr. Leon be given permission to travel to Concord, Massachusetts on June 1, 2007 to retrieve his fourteen year old son from boarding school.

Mr. Leon is currently released on a $10,000 personal recognizance bond and his travel is limited to the Southern and Eastern Districts of New York. My office has spoken with Assistant United States Attorney, Steve Kwok, and he consents to this modification on behalf of the government. Mr. Leon will return to New York the same day, and will provide additional information to his Pretrial Services Officer if requested.

If the Court requires additional information, I can be reached directly at (212) 417-8738, and my paralegal, Ashleigh Georgia, can be reached at (212) 417-8773.

Respectfully submitted,

Leonard F. Joy
Attorney in Chief
Federal Defenders of New York

cc (By Facsimile): AUSA Chi T. Steve Kwok
                    Pretrial Services Officer Robert Trail

*Application granted.*
*So ordered.*
5/23/07  Robert P. Patterson, USDJ