UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :

        -v-                :    ORDER

RAFAEL LEON                        :    07 Cr. 436 (RPP)
           Defendant.
                             :
- - - - - - - - - - - - - - - - -x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/07
```

      Upon the application of the UNITED STATES OF AMERICA, by and through Chi T. Steve Kwok, Assistant United States Attorney for the Southern District of New York, and with the consent of RAFAEL LEON, by and through Leonard F. Joy, Esq., of the Federal Defenders of New York, Inc., it is hereby ORDERED that the pre-trial conference in this case is continued from June 28, 2007, to July 12, 2007, at 10 a.m.

      The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to continue ongoing plea discussions. Accordingly, it is further ORDERED that the time between June 28, 2007, and July 12, 2007, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Dated: New York, New York
       June _18_, 2007

                                      THE HONORABLE ROBERT P. PATTERSON
                                      UNITED STATES DISTRICT JUDGE