# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/07

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

RECEIVED JUN 26 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

June 26, 2007

Honorable Robert P. Patterson
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: **United States v. Rafael Leon**
    **07 cr. 0436 (RPP)**

Dear Judge Patterson,

I write on behalf of my client, Rafael Leon, to respectfully request that the Court modify the travel restrictions imposed by Judge James C. Francis on May 08, 2007. At that time, the Court imposed the following bail conditions:

> a $10,000 personal recognizance bond, travel restricted to the Eastern and Southern Districts of New York, surrender of travel documents (and no new applications), regular pretrial supervision.

Mr. Leon seeks the Courts permission to travel to Massachusetts on Saturday June 30, 2007, through Sunday July 1, 2007, in order to attend a going away party for a close friend. Mr. Leon's friend is in the military and is being stationed in Iraq.

I have spoken with his pretrial supervisor, Robert Trail, who consents to this request. Additionally, I have spoken with United States Attorney Chi T. Steve Kwok on behalf of the government who takes no position on the matter.

If the Court grants this request, I respectfully ask that

MICROFILM JUN 29 2007 -RPP

Returned to chambers for scanning on 6/29/07.
Scanned by chambers on _____.

chambers notify my paralegal, Whitney Z. Bernstein at (212) 417-8769, so that the Order may be retrieved from Your Honor's chambers.

Thank you for your consideration of this matter.

Respectfully submitted,

Leonard F. Joy
Attorney-in-Chief
Tel.: (212) 417-8738

SO ORDERED:

*Richard M. Berman*
*Part I*
HONORABLE
United States District Judge
6/27/07

cc: Chi T. Steve Kwok, Assistant United States Attorney
Robert Trail, Pretrial Services Officer