UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MISDEMEANOR |
| -v.- | : | INFORMATION |
| RAFAEL LEON, | : | S1 07 Cr. 436 (RPP) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - x

### COUNT ONE

The United States Attorney charges:

From in or about January 2003, through in or about March 2005, in the Southern District of New York and elsewhere, RAFAEL LEON, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to his own use and the use of another, vouchers, money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development ("HUD"), and did receive, conceal, and retain the same with intent to convert it to his own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which did not exceed $1,000, to wit, LEON received federal housing assistance payments, to which he was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 6 2007

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RAFAEL LEON,

Defendant.

**MISDEMEANOR**
**INFORMATION**

S1 07 Cr. 436

(18 U.S.C. § 641.)

MICHAEL J. GARCIA
United States Attorney.

9/26/07 Defendant present w/atty Jay. AUSA Kwok present. Deft. appears on this misdemeanor information + enters a plea of guilty. Allocution conducted, Court accepts plea. PSR ordered, sentence set for 1/8/08 at 4PM. Deft's bail is continued. Defendant's application to travel to Colorado for work is granted, order to be submitted.
Patterson, J