USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07

# UNITED STATES DISTRICT COURT

for

Southern District of New York

RECEIVED
NOV 27 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

U.S.A. vs. Leon                    Docket No. 07-CR-436

### Petition for Action on Conditions of Pretrial Release

COMES NOW _____Tracy Amaladas_____ PRETRIAL SERVICES OFFICER ASSISTANT
presenting an official report upon the conduct of defendant _____Rafael Leon_____
who was placed under pretrial release supervision by the Honorable _____James C. Francis IV_____
sitting in the court at ___500 Pearl Street___ , _New York_ date _____May 8_____ , ___2007___
under the following conditions:

A $10,000 personal recognizance bond; travel limited to the Southern and Eastern Districts of New York; surrender all travel documents (& no new applications); and routine Pretrial Services supervision.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant began supervision on May 8, 2007. Since that time, he has reported to PSA as directed without incident and he has maintained his lawful employment at the New York City Department of Education as a drug counselor. On September 26, 2007, the defendant pled guilty before Your Honor and awaits sentencing scheduled for January 8, 2008.

On September 21, 2007, this officer had contact with AUSA Steve Kwok via email regarding the removal of Pretrial Services supervision for this defendant and he advised that the government takes no position regarding this matter. We have also contacted Defense Counsel, Leonard Joy, and he has no objections. An updated criminal record check does not reveal any new arrests while on bail.

We believe that any risks that may have been a concern at the time of the defendant's initial appearance in our district on May 8, 2007 no longer exists.

PRAYING THAT THE COURT WILL ORDER

The modification of the defendant's bail by removing the condition of Pretrial Services supervision

ORDER OF COURT

Considered and ordered _____27th_____ day
of ___November___ , 20_07_ and ordered filed and
made a part of the records in the above case.

_Robert P. Patterson_____
Robert P. Patterson, U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed    November 26, 2007
on

_____
U.S. Pretrial Services Officer

Place      Southern District of New York